**Richard X. CONNORS et al., Plaintiffs-Appellants,**

v.

**CHAS. PFIZER & CO., Inc., et al., Defendants-Appellees.**

**No. 319, Docket 71–1593.**

United States Court of Appeals, Second Circuit.

Argued Oct. 22, 1971.

Decided Nov. 12, 1971.

Paul D. Scanlon, Alexandria, Va., for plaintiffs-appellants.

John E. F. Wood, New York City (Dewey, Ballantine, Bushby, Palmer & Wood, New York City, on the brief), for defendant-appellee Chas. Pfizer & Co., Inc.

Winthrop, Stimson, Putnam & Roberts, New York City, on the brief, for defendant-appellee Bristol-Myers Co.

Donovan, Leisure, Newton & Irvine, New York City, on the brief, for defendant-appellee American Cyanamid Co.

Cravath, Swaine & Moore, New York City, on the brief, for defendants-appellees Squibb Beech-Nut, Inc. and Olin Corporation.

Covington & Burling, Washington, D. C., on the brief, for defendant-appellee The Upjohn Co.

Before MEDINA, FEINBERG and MULLIGAN, Circuit Judges.

PER CURIAM:

We affirm on Judge Lord's opinion below, reported at 333 F.Supp. 296 (S.D. N.Y.1971).